UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

CHELSEA DIAMOND, as personal representative of the estate of, DOUGLAS DIAMOND, deceased,

        Plaintiff - Appellee,

  v.

SEAN COLLINSON,

        Defendant - Appellant,

CITY OF SANDY, a municipal corporation, COUNTY OF CLACKAMAS, WILLIAM WETHERBEE,

        Defendants.

No. 25-2393

D.C. No.
3:22-cv-00346-SI

District of Oregon, Portland

MANDATE

---

CHELSEA DIAMOND, as personal representative of the estate of DOUGLAS DIAMOND, deceased,

        Plaintiff - Appellee,

  v.

WILLIAM WETHERBEE,

        Defendant - Appellant,

SEAN COLLINSON, CITY OF SANDY, a municipal corporation, COUNTY OF CLACKAMAS,

No. 25-2561

D.C. No.
3:22-cv-00346-SI

District of Oregon, Portland

Defendants.

The judgment of this Court, entered June 22, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellee, Chelsea Diamond, in the amount of

$23.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT